# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:22−cv−00102−MMA−AHG

| | |
|---|---|
| Collins v. Robertson et al | Date Filed: 01/24/2022 |
| Assigned to: Judge Michael M. Anello | Date Terminated: 01/26/2022 |
| Referred to: Magistrate Judge Allison H. Goddard | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

| | |
|---|---|
| Early Neutral Evaluation Conference: | Settlement Conference: |
| Case Management Conference: | Settlement Disposition Conference: |
| Status Hearing: | Pretrial Conference: |
| Status Conference: | Final Pretrial Conference: |
| Mandatory Settlement Conference: | Trial Date: |

**Petitioner**

**Richard Collins**  represented by  **Richard Collins**
F77440
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532
PRO SE

V.

**Respondent**

**Jim Robertson**  represented by  **Attorney General**
*Warden, Pelican Bay State Prison*
State of California
Office of the Attorney General
600 West Broadway
Suite 1800
San Diego, CA 92101−3702
(619)645−2076
Fax: (619)645−2313
Email: docketingsdawt@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**San Bernardino County**  represented by  **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2022 | 1 | Petition for Writ of Habeas Corpus against Jim Robertson, San Bernardino County (Filing fee $5, not paid, IFP not filed.), filed by Richard Collins. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit) |

| | | |
|---|---|---|
| | | The new case number is 3:22–cv–102–MMA–AHG. Judge Michael M. Anello and Magistrate Judge Allison H. Goddard are assigned to the case.(smy1) (jms). (Entered: 01/25/2022) |
| 01/26/2022 | 2 | Case transferred to Central District of California, Eastern Division. Files transferred electronically to: *Central District of California, Eastern Division*.*3470 Twelfth Street**Riverside, CA 92501–3801*. Signed by Judge Michael M. Anello on 1/26/2022. (Attachments: # 1 Transfer Order) (All non−registered users served via U.S. Mail Service) (tcf) (Entered: 01/26/2022) |