# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COLLINS,<br>Petitioner,<br><br>v.<br><br>JIM ROBERTSON, Warden,<br>Respondent. | Case No. 5:22-cv-00755-SB-KES<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the records herein, and the Report and Recommendation of the U.S. Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

The claims in the Petition are untimely. In his objections, Petitioner suggests that he is relying on new state laws to support his claims. But the only explicit reference to those laws appears in his third claim, which asserts "an Eighth Amendment violation due to a disproportionate sentence." Dkt. No. 1, at 8. Petitioner was aware of the basis for this federal claim upon hearing his sentence, and the state judgment in this case became final more than a decade ago. The change in California's resentencing laws does not serve to revive the federal statute

of limitations to assert a long-expired Eighth Amendment claim. *See* 28 U.S.C. § 2244(d) ("A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court."). Nor do those state resentencing laws provide grounds for a federal habeas petition. *See* 28 U.S.C. § 2254 ("[A] district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States.").

**IT IS ORDERED** that Judgment shall be entered denying and dismissing the Petition with prejudice and that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Petitioner and counsel for Defendant.

Dated: August 18, 2022



Stanley Blumenfeld, Jr.
United States District Judge