JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COLLINS,<br>Petitioner,<br><br>v.<br><br>JIM ROBERTSON, Warden,<br>Respondent. | Case No. 5:22-cv-00755-SB-KES<br><br>Judgment |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

Dated: August 18, 2022

Stanley Blumenfeld, Jr.
United States District Judge